**Helen Crosby GLENDENING, Appellant,**

v.

**Harold Sanford GLENDENING, Appellee.**

**No. 3137.**

District of Columbia Court of Appeals.

Argued Feb. 11, 1963.

Decided April 19, 1963.

John W. Karr, Washington, D. C., for appellant.

Justin L. Edgerton, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This is an appeal by a wife from a judgment denying her a divorce on the ground of desertion. She attempted to prove acts of cruelty on the part of the husband tantamount to constructive desertion. After a full hearing the trial court concluded the wife's proof failed to establish her right to the relief sought. We find no error.

Affirmed.